# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Criminal Action No. 2004-0105 |
| v. | ) | |
| | ) | |
| **REINALDO BERRIOS, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**Harry Wallace, Esq.,**
Miami, FL
  *For the Government*

**Reinaldo Berrios**
  *Defendant Pro Se*

## ORDER

**UPON CONSIDERATION** of Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 903) regarding Defendant Reinaldo Berrios' Motion to Vacate (Dkt. Nos. 776, 777); the Government's Response to Berrios' Motion to Vacate (Dkt. No. 823); Defendant Berrios' Objections to Magistrate Judge Cannon's R&R (Dkt. No. 917); and Defendant Berrios' First through Fifth Motions to Supplement his Motion to Vacate (Dkt. Nos. 846, 961, 962, 964, 988); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 903) is **ADOPTED AS MODIFIED** in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Defendant Berrios' Motion to Vacate (Dkt. Nos. 776, 777) is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Defendant Berrios' Motion to Vacate is **GRANTED** insofar as the Court finds that two of Defendant Berrios' convictions—Count 6[1] and Count 9[2]—must be vacated; and it is further

**ORDERED** that the Court will schedule a resentencing hearing to address the nine counts for which Defendant Berrios' convictions remain valid by further Order of the Court; and it is further

**ORDERED** that Defendant Berrios' Motion to Vacate is otherwise **DENIED**.

**SO ORDERED.**

Date:   July 25, 2023                              _____/s/_____
                                                    WILMA A. LEWIS
                                                    District Judge

---

[1] Count 6 is causing the death of a person through the use of a firearm, in violation of 18 U.S.C. § 924(j)(1). Count 6 is predicated upon Count 2, attempted Hobbs Act robbery in violation of 18 U.S.C. § 1951(a). (Dkt. No. 309 at 3, 7).

[2] Count 9 is using a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A). Count 9 is predicated upon Count 8, attempted carjacking in violation of 18 U.S.C. § 2119(1). (Dkt. No. 309 at 9, 10).